Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17520−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jonathan Rojas
45 Ackerman Avenue
Milltown, NJ 08850

Mayra Diaz−Rojas
45 Ackerman Avenue
Milltown, NJ 08850

Social Security No.:
   xxx−xx−6602                                         xxx−xx−3858

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 1, 2025 and a confirmation hearing on such Plan has been scheduled for September 17, 2025.

The debtor filed a Modified Plan on September 12, 2025 and a confirmation hearing on the Modified Plan is scheduled for October 29, 2025 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 15, 2025
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17520-MBK |
| Jonathan Rojas | Chapter 13 |
| Mayra Diaz-Rojas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 15, 2025 | Form ID: 186 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Rojas, Mayra Diaz-Rojas, 45 Ackerman Avenue, Milltown, NJ 08850-1721 |
| 520808651 | + | Envision Physician Services, PO Box 37794, Philadelphia, PA 19101-5094 |
| 520748422 | | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748423 | | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520808652 | + | SPUH Amb Care Group, PO Box 14000, Belfast, ME 04915-4033 |
| 520808653 | + | St. Peter's University Hospital, Patient Accounting Office, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 520748464 | | US Bk Cacs, Saint Louis, MO 63166 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: correspondence@credit-control.com | Sep 15 2025 20:53:00 | FourLeaf Federal Credit Union, c/o Central Loan Administration & Report, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520791475 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 21:08:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520808649 | + | Email/Text: bnc-aquafinance@quantum3group.com | Sep 15 2025 20:54:00 | Aqua Finance, Inc, PO Box 1143, Wausau, WI 54402-1143 |
| 520748405 | | Email/Text: bankruptcy@bhg-inc.com | Sep 15 2025 20:52:00 | Bankers Healthcare Group, LLC, 201 Solar St., Syracuse, NY 13204 |
| 520808650 | ^ | MEBN | Sep 15 2025 20:51:21 | BHG Financial, LLC, Card Services, PO Box 980938, West Sacramento, CA 95798-0938 |
| 520748403 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2025 20:52:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520748404 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2025 20:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520801396 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2025 20:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520748407 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 15 2025 20:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520748406 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 15 2025 20:53:00 | Barclays Bank Delaware, PO Box 8803, |

Case 25-17520-MBK    Doc 24    Filed 09/17/25    Entered 09/18/25 00:15:23    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 186 | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19899-8803 |
| 520755207 | Email/Text: mrdiscen@discover.com | Sep 15 2025 20:52:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520748408 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:22:01 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748409 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:22:12 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520808787 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:21:54 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520748415 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:08:14 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520748414 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:22:12 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520748417 | Email/Text: bankruptcy@connexuscu.org | Sep 15 2025 20:54:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 520748416 | Email/Text: bankruptcy@connexuscu.org | Sep 15 2025 20:54:00 | Connexus Credit Union, 1 Corporate Dr, Wausau, WI 54401-1722 |
| 520748419 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:21:54 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520748418 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:22:02 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 520748438 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2025 21:08:14 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520748420 | Email/Text: mrdiscen@discover.com | Sep 15 2025 20:52:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520748421 | Email/Text: mrdiscen@discover.com | Sep 15 2025 20:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520748431 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 15 2025 20:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520748430 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 15 2025 20:53:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520748432 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2025 20:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520774047 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 15 2025 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520748433 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2025 21:05:47 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520748434 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2025 21:22:07 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520748445 | Email/Text: EBN@Mohela.com | Sep 15 2025 20:52:00 | Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520790954 | Email/Text: EBN@Mohela.com | Sep 15 2025 20:52:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520748444 | Email/Text: EBN@Mohela.com | Sep 15 2025 20:52:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748441 | Email/Text: EBN@Mohela.com | Sep 15 2025 20:52:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748437 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 15 2025 21:21:54 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520748446 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Sep 15 2025 21:32:58 | | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748447 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Sep 15 2025 21:08:25 | | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748460 | | Email/Text: BKMAIL@planethomelending.com Sep 15 2025 20:53:00 | | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520748461 | | Email/Text: BKMAIL@planethomelending.com Sep 15 2025 20:53:00 | | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520800111 | | Email/Text: bnc-quantum@quantum3group.com Sep 15 2025 20:53:00 | | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520748463 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com Sep 15 2025 20:53:00 | | Regions/Enerbank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520748462 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com Sep 15 2025 20:53:00 | | Regions/Enerbank USA, 1245 E Brickyard Rd, Salt Lake City, UT 84106-2562 |
| 520808647 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Sep 15 2025 20:52:00 | | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 520770330 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Sep 15 2025 20:53:00 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520748465 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Sep 15 2025 20:53:00 | | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520808654 | | Schedule D |
| 520808646 | | Schedule E |
| 520808648 | | Schedule F |
| 520766781 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar St., Syracuse, NY 13204 |
| 520766779 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520766780 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520766783 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520766782 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520748410 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748411 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766784 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766786 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766787 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748412 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520748413 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766785 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766788 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766789 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766791 | * | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766790 | * | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520766793 | * | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 520766792 | * | Connexus Credit Union, 1 Corporate Dr, Wausau, WI 54401-1722 |
| 520766795 | * | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520766794 | * | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 520748440 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766814 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, |

|  |  |  |
|---|---|---|
|  |  | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766816 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766796 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520766797 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520748427 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748428 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748429 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766799 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766803 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766804 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766805 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748424 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748425 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748426 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766798 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766800 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766801 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766802 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766807 | * | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520766806 | * | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520766808 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520787192 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520788456 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520748435 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520766809 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520766811 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520748436 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520766810 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520766812 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520766821 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766820 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748442 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748443 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766817 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766818 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766819 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748439 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520766813 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520766815 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520748448 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748449 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748450 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748451 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748452 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748453 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766822 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766824 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766825 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766826 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766827 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766828 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766829 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748454 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748455 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748456 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |

| | | |
|---|---|---|
| 520748457 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748458 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748459 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766823 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766830 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766831 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766832 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766833 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766834 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766835 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766836 | * | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520766837 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520808655 | * | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520766839 | *+ | Regions/Enerbank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520766838 | *+ | Regions/Enerbank USA, 1245 E Brickyard Rd, Salt Lake City, UT 84106-2562 |
| 520766840 | * | US Bk Cacs, Saint Louis, MO 63166 |
| 520766841 | * | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 3 Undeliverable, 94 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James Suozzo | on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com |
| Kimberly A. Wilson | on behalf of Creditor FourLeaf Federal Credit Union kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert C. Nisenson | on behalf of Joint Debtor Mayra Diaz-Rojas r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Robert C. Nisenson | on behalf of Debtor Jonathan Rojas r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7