Certificate Number: 05781-NJ-DE-040177100

Bankruptcy Case Number: 25-17520



05781-NJ-DE-040177100

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2025, at 12:31 o'clock PM PDT, Mayra Diaz-Rojas completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 8, 2025

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President