Certificate Number: 05781-NJ-DE-040177099

Bankruptcy Case Number: 25-17520



05781-NJ-DE-040177099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2025</u>, at <u>12:31</u> o'clock <u>PM PDT</u>, <u>Jonathan Rojas</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>October 8, 2025</u>            By:     <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title:  <u>President</u>