Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−17520−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jonathan Rojas
45 Ackerman Avenue
Milltown, NJ 08850

Mayra Diaz−Rojas
45 Ackerman Avenue
Milltown, NJ 08850

Social Security No.:
 xxx−xx−6602                                xxx−xx−3858

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 16, 2025.

Dated: December 17, 2025
JAN: llb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jonathan Rojas  
Mayra Diaz-Rojas  
    Debtors

Case No. 25-17520-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Rojas, Mayra Diaz-Rojas, 45 Ackerman Avenue, Milltown, NJ 08850-1721 |
| 520814754 | + | FourLeaf Federal Credit Union f/k/a Bethpage Feder, Rivkin Radler LLP, Attn.: Krystal B. Armstrong, Esq., 926 RXR Plaza, Uniondale, NY 11556-3823 |
| 520808652 | + | SPUH Amb Care Group, PO Box 14000, Belfast, ME 04915-4033 |
| 520808653 | + | St. Peter's University Hospital, Patient Accounting Office, 254 Easton Ave, New Brunswick, NJ 08901-1766 |
| 520748464 | | US Bk Cacs, Saint Louis, MO 63166 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: correspondence@credit-control.com | Dec 17 2025 20:50:00 | FourLeaf Federal Credit Union, c/o Central Loan Administration & Report, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520832467 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 17 2025 20:54:53 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 520791475 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:54:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520808649 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 17 2025 21:00:00 | Aqua Finance, Inc, PO Box 1143, Wausau, WI 54402-1143 |
| 520748405 | | Email/Text: bankruptcy@bhg-inc.com | Dec 17 2025 20:49:00 | Bankers Healthcare Group, LLC, 201 Solar St., Syracuse, NY 13204 |
| 520808650 | ^ | MEBN | Dec 17 2025 20:44:01 | BHG Financial, LLC, Card Services, PO Box 980938, West Sacramento, CA 95798-0938 |
| 520748403 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 17 2025 20:49:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520748404 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 17 2025 20:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520801396 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 17 2025 20:49:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520748407 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 17 2025 20:50:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |

Case 25-17520-MBK   Doc 36   Filed 12/19/25   Entered 12/20/25 00:13:45   Desc Imaged
Certificate of Notice   Page 3 of 7

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 520748406 | Email/Text: BarclaysBankDelaware@tsico.com | Dec 17 2025 20:50:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520820528 | Email/Text: BKelectronicnotices@cenlar.com | Dec 17 2025 20:50:00 | Cenlar FSB, Attn: BK Dept., 425 Phillips Blvd, Ewing, NJ 08618 |
| 520755207 | Email/Text: mrdiscen@discover.com | Dec 17 2025 20:49:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520748408 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:25 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748409 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:25 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520808787 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:25 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520748415 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:25 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520748414 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:42 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520748417 | Email/Text: bankruptcy@connexuscu.org | Dec 17 2025 21:00:00 | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 520748416 | Email/Text: bankruptcy@connexuscu.org | Dec 17 2025 21:00:00 | Connexus Credit Union, 1 Corporate Dr, Wausau, WI 54401-1722 |
| 520748419 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:42 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520748418 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:42 | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 520748438 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:25 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520748420 | Email/Text: mrdiscen@discover.com | Dec 17 2025 20:49:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520748421 | Email/Text: mrdiscen@discover.com | Dec 17 2025 20:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520808651 | Email/Text: LegalElectronicBankruptcyNotices@envisionhealth.com | Dec 17 2025 20:50:00 | Envision Physician Services, PO Box 37794, Philadelphia, PA 19104 |
| 520748423 | Email/Text: bankruptcy@fourleaffcu.com | Dec 17 2025 20:50:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748422 | Email/Text: bankruptcy@fourleaffcu.com | Dec 17 2025 20:50:00 | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748431 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2025 20:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520748430 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2025 20:50:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520748432 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2025 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520774047 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520748433 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2025 20:55:07 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520748434 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2025 20:55:07 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |

Case 25-17520-MBK   Doc 36   Filed 12/19/25   Entered 12/20/25 00:13:45   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520814654 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 20:55:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520748445 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520790954 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520748444 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748441 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748437 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 17 2025 21:05:34 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520748446 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 17 2025 20:55:08 | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748447 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 17 2025 20:55:09 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520814261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2025 20:54:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520748460 | | Email/Text: BKMAIL@planethomelending.com | Dec 17 2025 20:50:00 | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520813541 | + | Email/Text: BKMAIL@planethomelending.com | Dec 17 2025 20:50:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520748461 | | Email/Text: BKMAIL@planethomelending.com | Dec 17 2025 20:50:00 | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520800111 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2025 20:50:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520748463 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Dec 17 2025 20:50:00 | Regions/Enerbank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520748462 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Dec 17 2025 20:50:00 | Regions/Enerbank USA, 1245 E Brickyard Rd, Salt Lake City, UT 84106-2562 |
| 520839915 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 17 2025 20:49:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520808647 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 17 2025 20:49:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 520770330 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 17 2025 20:59:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 520748465 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 17 2025 20:59:00 | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 55

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520766781 | *P++ | BANKERS HEALTHCARE GROUP LLC, ATTN BANKRUPTCY DEPT, 201 SOLAR STREET, SYRACUSE NY 13204-1425, address filed with court:, Bankers Healthcare Group, LLC, 201 Solar St., Syracuse, NY 13204 |
| 520766779 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520766780 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520766783 | * | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520766782 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

| | | |
|---|---|---|
| 520855279 | *P++ | CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430, address filed with court:, Cenlar FSB, Attn: BK Dept., 425 Phillips Blvd, Ewing, NJ 08618 |
| 520748410 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748411 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766784 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766786 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520766787 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520748412 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520748413 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766785 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766788 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766789 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766791 | * | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520766790 | * | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520766793 | * | Connexus Credit Union, Attn: Bankruptcy, PO Box 8026, Wausau, WI 54402-8026 |
| 520766792 | * | Connexus Credit Union, 1 Corporate Dr, Wausau, WI 54401-1722 |
| 520766795 | * | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520766794 | * | Costco Citi Card, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 520748440 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766814 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766816 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/ DSNB, Atytn: Bankruptcy, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 520766796 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520766797 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520748427 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748428 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748429 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766799 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766803 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766804 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766805 | * | FourLeaf FCU, Attn: Bankruptcy, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748424 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748425 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520748426 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766798 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766800 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766801 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766802 | * | FourLeaf FCU, 899 S Oyster Bay Rd, Bethpage, NY 11714-1030 |
| 520766807 | * | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 520766806 | * | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 520766808 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520787192 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520788456 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520748435 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520766809 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520766811 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520748436 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520766810 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520766812 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520748442 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748443 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766817 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766818 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766819 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766821 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520766820 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

|  |  |  |
|---|---|---|
|  |  | Mohela, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 520748439 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520766813 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520766815 | * | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520748448 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748449 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748450 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748451 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748452 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748453 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766822 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766824 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766825 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766826 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766827 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766828 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520766829 | *+ | Navient, PO Box 300001, Greenville, TX 75403-3001 |
| 520748454 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748455 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748456 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748457 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748458 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520748459 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766823 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766830 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766831 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766832 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766833 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766834 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766835 | * | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 520766836 | * | Planet Home Lending, LLC, 10 Research Pkwy, Wallingford, CT 06492-1963 |
| 520766837 | * | Planet Home Lending, LLC, 321 Research Pkwy, Ste 303, Meriden, CT 06450-8342 |
| 520808655 | * | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520766839 | *+ | Regions/Enerbank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520766838 | *+ | Regions/Enerbank USA, 1245 E Brickyard Rd, Salt Lake City, UT 84106-2562 |
| 520766840 | * | US Bk Cacs, Saint Louis, MO 63166 |
| 520766841 | * | US Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 0 Undeliverable, 95 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: plncf13 | Total Noticed: 60 |

    docs@russotrustee.com

Denise E. Carlon

    on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James Suozzo

    on behalf of Creditor FourLeaf Federal Credit Union james.suozzo@rivkin.com
    matthew.spero@rivkin.com;stuart.gordon@rivkin.com;krystal.armstrong@rivkin.com

Kimberly A. Wilson

    on behalf of Creditor FourLeaf Federal Credit Union kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Matthew K. Fissel

    on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert C. Nisenson

    on behalf of Joint Debtor Mayra Diaz-Rojas r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

Robert C. Nisenson

    on behalf of Debtor Jonathan Rojas r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8